UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK J. BELTZ, | ) Case No. EDCV 18-1122 JLS(JC) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| SUPERIOR COURT OF CALIFORNIA, et al., | ) |
| | ) |
| | ) |
| Respondents. | ) |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

IT IS SO ORDERED.


DATED: June 5, 2018

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE